# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1569. MICHAEL WILLIAMS v. KARL FORT.

Michael Williams was convicted of aggravated assault-family violence and possession of a knife during the commission of a felony. We affirmed his convictions on appeal. See *Williams v. State*, 345 Ga. App. 692 (814 SE2d 818) (2018), disapproved in part by *Flowers v. State*, 307 Ga. 618, 621 (2), n.3 (837 SE2d 824) (2020). However, we remanded the case for a hearing on Williams's claim of ineffective assistance of counsel. See *Williams*, 345 Ga. App. at 697 (4). On remand, the trial court conducted an evidentiary hearing and concluded that Williams's claims of ineffective assistance of counsel were without merit. We affirmed the trial court's decision on appeal. See *Williams v. State*, Case No. A20A2038 (decided Jan. 8, 2021). Williams thereafter filed an application for writ of habeas corpus, which the trial court denied. Williams then filed a notice of appeal in this Court.

Under our Constitution, the Supreme Court has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this appeal to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/21/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.